# United States Court of Appeals
## For the First Circuit

No. 14-1305

UNITED STATES OF AMERICA,

Appellee,

v.

ALBERT REDA,

Defendant-Appellant.

**ERRATA SHEET**

The opinion of this Court issued on May 29, 2015 is amended as follows:

On the cover sheet, replace "Howard, <u>Chief Judge</u>" with "Howard, <u>Circuit Judge</u>"